IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

      Plaintiff,                    No. CIV S-04-1462 GEB JFM PS

  vs.

WASHINGTON MUTUAL BANK, F.A.,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On April 22, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

1

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

     1.  The findings and recommendations filed April 22, 2005, are adopted in full;

     2.  Defendant's March 7, 2005 motion to compel arbitration is granted;

     3.  The parties are directed to arbitrate all claims, pursuant to 9 U.S.C. § 1*et seq.* and California Code of Civil Procedure § 1281.1;

     4.  Defendant's March 7, 2005 motion to stay this action is granted; this action is stayed in its entirety pending arbitration;

     5.  The Clerk of the Court is directed to administratively close this action pending arbitration; and

     6.  The parties are directed to notify this court within thirty days of any decision rendered by the American Arbitration Association.

Dated:  May 19, 2005

                          /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
                          United States District Judge